**CORRECTED**

# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 24-2138V

|  |  |
|---|---|
| EBONIE JOHNSON, | Chief Special Master Corcoran |
| Petitioner, | Filed: September 29, 2025 |
| v. | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Respondent. | |

*Elizabeth Hess, Shannon Law Group, Woodridge, IL, for Petitioner.*

*Mitchell Jones, U.S. Department of Justice, Washington, DC, for Respondent.*

**DECISION AWARDING DAMAGES**[1]

On December 27, 2024, Ebonie Johnson filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") resulting from an influenza vaccination received on January 31, 2023. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On July 31, 2025, a ruling on entitlement was issued, finding Petitioner entitled to compensation for SIRVA. On September 29, 2025, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $47,500.00, as well as funds to satisfy a Medicaid lien. Proffer at 2. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Pursuant to the terms stated in the attached Proffer, **I award Petitioner the following:**

A.  **A lump sum payment of $47,500.00 (in pain and suffering)**, **to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner; and**

B.  **A lump sum payment of $924.03, representing compensation for satisfaction of the State of Indiana Medicaid lien, in the form of a check payable jointly to Petitioner and:**

> Carelon
> P.O. Box 659940
> San Antonio, TX 78265-9939
> ATTN: Jeffrey A. Duggins
> Re: Ebonie Johnson
> Medicaid ID No. 100726531599

Petitioner agrees to endorse the check to Carelon for satisfaction of the Medicid lien.

These amounts represent compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

_____

| | |
|---|---|
| EBONIE JOHNSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| SECRETARY OF HEALTH | ) |
| AND HUMAN SERVICES, | ) |
| | ) |
| Respondent. | ) |

No. 24-2138V
Chief Special Master Corcoran
ECF

_____

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On December 27, 2024, Ebonie Johnson ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act" or "Act"), alleging that she suffered a Shoulder Injury Related to Vaccine Administration ("SIRVA"), as defined in the Vaccine Injury Table, following administration of an influenza vaccine she received on January 31, 2023. Petition at 1. On July 29, 2025, the Secretary of Health and Human Services ("respondent") filed a Rule 4(c) Report indicating that this case is appropriate for compensation under the terms of the Act for a Table injury for SIRVA after a flu vaccination, and on July 31, 2025, the Chief Special Master issued a Ruling on Entitlement finding petitioner entitled to compensation. ECF Nos. 15, 16.

## I.    Items of Compensation

Based on the evidence of record, respondent proffers that petitioner should be awarded the following:

A.   Pain and Suffering

Respondent proffers that petitioner should be awarded **$47,500.00** in pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4).  Petitioner agrees.

B.   Medicaid Lien

Respondent proffers that petitioner should be awarded funds to satisfy the State of Indiana's Medicaid lien in the amount of **$924.03**, which represents full satisfaction of any right of subrogation, assignment, claim, lien, or cause of action the State of Indiana may have against any individual as a result of any Medicaid payments the State of Indiana has made to or on behalf of petitioner from the date of her eligibility for benefits through the date of judgment in this case as a result of her alleged vaccine-related injury suffered on or about January 31, 2023.

The above amounts represent all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a).  Petitioner agrees

## II.   **Form of the Award**

The parties recommend that compensation provided to petitioner should be made  through two lump sum payments described below, and request that the Chief Special Master's decision and the Court's judgment award the following: [1]

A.   A lump sum payment of **$47,500.00,** to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner.

B.   A lump sum payment of **$924.03**, representing compensation for satisfaction of the State of Indiana Medicaid lien, in the form of a check payable jointly to petitioner and:

---

[1]  Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future medical expenses, future pain and suffering, and future lost wages.

Carelon
P.O. Box 659940
San  Antonio, TX 78265-9939
ATTN: Jeffrey A. Duggins
Re:  Ebonie Johnson
Medicaid ID No. 100726531599

Petitioner agrees to endorse the check to Carelon for satisfaction of the Medicaid lien.

Petitioner is a competent adult. Evidence of guardianship is not required in this case.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

LARA A. ENGLUND
Assistant Director
Torts Branch, Civil Division

/s/ Mitchell H. Jones
MITCHELL H. JONES
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Tel:  (202) 305-1748
mitchell.jones@usdoj.gov

DATED:  September 29, 2025